ACCEPTED
03-14-00334-CR
5272798
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/13/2015 3:54:20 PM
JEFFREY D. KYLE
CLERK

CAUSE NO. 03-14-00334-CR

| | | |
|---|---|---|
| TERAN PENNICK | § | IN THE THIRD |
| | § | |
| V. | § | COURT OF APPEALS |
| | § | |
| STATE OF TEXAS | § | OF THE STATE OF TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/13/2015 3:54:20 PM
JEFFREY D. KYLE
Clerk

## MOTION TO EXTEND DEADLINE FOR FILING APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW, Teran Pennick, the Appellant, in the above styled and numbered cause, and files this motion for an extension to June 12, 2015, to file the appellate brief. In support of this motion, appellant shows the following:

### I.

The appellant was convicted in the County Court at Law No. 6 of Travis County, Texas, in Cause Number C1CR13200027 styled State of Texas vs. Jose Sosa. The appellant pled not guilty, and had a jury trial. At the conclusion of the trial, appellant was found guilty and sentenced to 1 year in the Travis County Jail, probated for 2 years. A timely notice of appeal was filed in this case. The appellant's brief is due May 13, 2015.

### II.

The reason for the extension of the deadline to file the appellant's brief is based on the following:

Due to confusion regarding the counsel of record for Mr. Pennick, the reporter's

record in the case was never requested and therefore has not been submitted to this court. Arrangements are being made for the record to be submitted so that Appellant's attorney may review it and prepare a brief in a timely manner.

For these reasons, counsel moves that the deadline for the brief be extended until June 12, 2015.

RESPECTFULLY SUBMITTED,

/s/ David W. Crawford
David W. Crawford
State Bar No. 24031601
Crawford and Cruz PLLC
P.O. Box 686
Austin, Texas  78759
Telephone (512) 795-2000
Telefacsimile (512) 237-7792
Email: dcrawford@crawfordcruz.com
Attorney for Appellant

**CERTIFICATE OF SERVICE**


I hereby certify that a true and correct copy of the above and foregoing instrument

has been furnished to the Attorney for the State presently assigned to this case, via fax.

Date: May 13, 2015


/s/ David W. Crawford
Attorney for Appellant

CAUSE NO. 03-14-00334-CR

TERAN PENNICK § IN THE THIRD
§
V. § COURT OF APPEALS
§
STATE OF TEXAS § OF THE STATE OF TEXAS

**ORDER**

On this day of _____, 201\_\_\_, came to be heard Appellant's Motion for Extension of Time to File Appellant's Brief, and it appears to the court that this motion should be:

_____ GRANTED

_____ DENIED

IT IS THEREFORE ORDERED that the time for filing the appellant's brief in Cause No. 04-12-00714-CR _____ be extended to _____, 201\_\_.

SIGNED and ENTERED this \_\_ day of _____, 201\_\_.

_____

JUDGE PRESIDING